**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

| | |
|---|---|
| **MARCUS BAKER,** *Plaintiff,* v. **MDOC COMMISSIONER BURL CAIN,** *Defendant.* | CASE NO. 3:25-CV-591-CWR-RPM |

# ORDER

On September 25, 2026, this Court entered an Order adopting the Magistrate Judge's Report and Recommendations, Docket No. 12, and issued a Final Judgement dismissing this cause with prejudice, Docket No. 13. Plaintiff has since filed a motion for an emergency judgment, which provides an updated address, notifies the Court that the last communication he has received is Defendant's Response to Petitioner's Objections to the Magistrate Judge's Report and Recommendations, Docket No. 11, and requests for a final ruling on this case. Given the Court has already entered a Final Judgment, Plaintiff's motion for an emergency hearing, Docket No. 14, is moot.

That said, in his latest motion, Plaintiff recounts an incident that deeply concerns the Court. Baker states that, on September 23, 2026, he was attacked by a gang. *Id.* at 1. As a result of this attack, Baker alleges he sustained a broken jaw and was subsequently hospitalized and placed on a liquid diet. *Id.* He further mentions that he was transferred to a new facility, *id.*, presumably for the purpose of securing his safety. Because the Commissioner has responded to the original petition, Docket No. 8, as well as to Plaintiff's Objections to the Magistrate Judge's Report and Recommendation, Docket No. 11, and is represented by the

State Attorney General's office, they are on notice of these allegations of gang activity, assault and battery. Without question, the Commissioner is responsible for ensuring that the prison is safe for every individual in its custody. *See United States v. Hinds Cnty. Bd. of Supervisors*, 128 F.4th 616, 627 (5th Cir. 2025) ("[J]ail officials must provide humane conditions of confinement, including tak[ing] reasonable measures to guarantee the safety of the inmates –such as protecting inmates from fellow prisoners." (internal quotation marks and citations omitted)); *Depriest v. Walnut Grove Corr. Auth.*, 3:10-CV-663, 2015 WL 3795020, *9 (S.D. Miss. June 10, 2015) (Prison officials are duty bound to "take 'reasonable measures to guarantee the safety the inmates.'" (quoting *Hudson v. Palmer*, 468 U.S. 517, 526-27 (1984)). Pursuant to this duty, the Court expects that the Commissioner has already begun investigating these allegations, particularly since this attack purportedly led to Baker's hospitalization and transferal.

**SO ORDERED**, this the 8th day of October 2026.

s/ Carlton W. Reeves
UNITED STATES DISTRICT JUDGE